IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L.,<br><br> Plaintiff,<br><br> v.<br><br>BLACKBERRY LIMITED and<br>BLACKBERRY CORPORATION<br><br> Defendants. | C.A. No. 12-1597-GBW<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE OF ADDRESS

Defendants Blackberry Limited and Blackberry Corporation (together, "BlackBerry") hereby notifies the Court and all parties of record that effective immediately the mailing address for Kenneth L. Dorsney and Cortlan S. Hitch of MORRIS JAMES LLP has changed to the following address:

MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800

The firm affiliation and all other contact information remains unchanged.

Dated: September 8, 2025

                */s/ Kenneth L. Dorsney*
                Kenneth L. Dorsney (#3726)
                Cortlan S. Hitch (#6720)
                MORRIS JAMES LLP
                3205 Avenue North Boulevard, Suite 100
                Wilmington, DE 19803
                (302) 888-6800
                kdorsney@morrisjames.com
                chitch@morrisjames.com

                *Attorneys for Defendants*
                *Blackberry Limited and*
                *Blackberry Corporation*