**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARENDI S.A.R.L.,<br><br>Plaintiff,<br><br>v.<br><br>BLACKBERRY LIMITED, et al.<br><br>Defendants. | ) | C.A. No. 12-1597-GBW |

**STIPULATION OF DISMISSAL**

WHEREAS, on November 29, 2012, Plaintiff Arendi S.A.R.L. ("Arendi") filed a Complaint (D.I. 1) against Defendants BlackBerry Limited and BlackBerry Corporation (together "BlackBerry") alleging infringement of U.S. Patent Nos. 7,917,843 ("the '843 patent"), 7,496,854 ("the '854 patent"), and 8,306,993 ("the '993 patent");

WHEREAS, on June 4, 2026, the Federal Circuit held that all asserted claims of the '843, '854, and '993 patents are patent ineligible under 35 U.S.C. § 101, *Arendi S.A.R.L. v. Oath Holdings Inc.*, No. 2022-1762, 2026 WL 1599941 (Fed. Cir. June 4, 2026);

WHEREAS, in view of the Federal Circuit's rulings, Arendi no longer has any viable infringement claims against BlackBerry remaining in this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Arendi and BlackBerry as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Arendi's claims and BlackBerry's counterclaims in this action are DISMISSED WITH PREJUDICE.

2. Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

Dated: September 23, 2026

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Neal C. Belgam*

Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
Telephone: (302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Seth Ard
Max Straus
Beatrice Franklin
**SUSMAN GODFREY, LLP**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330
sard@susmangodfrey.com
mstraus@susmangodfrey.com
bfranklin@susmangodfrey.com

John Lahad
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
jlahad@susmangodfrey.com

Kalpana Srinivasan
**SUSMAN GODFREY, LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3106
ksrinivasan@susmangodfrey.com

Kemper Diehl (admitted pro hac vice)
**SUSMAN GODFREY, LLP**
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Telephone: (206) 516-3880
kdiehl@susmangodfrey.com

*Attorneys for Plaintiff Arendi S.A.R.L.*

**MORRIS JAMES LLP**

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (No. 3726)
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com

**MCGUIREWOODS LLP**

Brian C. Riopelle
David E. Finkelson
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Tel: (804) 775-1000
briopelle@mcguirewoods.com
dfinkelson@mcguirewoods.com

Jason W. Cook
McGuireWoods LLP
2601 Olive St., Suite 2100
Dallas, TX 75201
Tel: (214) 932-6400
jcook@mcguirewoods.com

*Attorneys for Defendants BlackBerry Limited and BlackBerry Corporation*